# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 256 MAL 2016

             Respondent   :

                       :   Petition for Allowance of Appeal from
                       :   the Order of the Superior Court

            v.   :

RONALD ANDREW SCOTT, JR.,   :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.